EN EL TRIBUNAL SUPREMO DE PUERTO RICO

| | |
|---|---|
| INTEGRACION DE SALAS DE VERANO | 2001 TSPR 77 |

Número del Caso: ES-2001-1

Fecha: 4/junio/2001

Este documento constituye un documento oficial del Tribunal Supremo que está sujeto a los cambios y correcciones del proceso de compilación y publicación oficial de las decisiones del Tribunal. Su distribución electrónica se hace como un servicio público a la comunidad.

EN EL TRIBUNAL SUPREMO DE PUERTO RICO

INTEGRACIÓN DE SALAS
DE VERANO

ES-2001-1

RESOLUCION

San Juan, Puerto Rico, a 4 de junio de 2001

De conformidad con lo dispuesto en la Regla 4(d) del Reglamento de este Tribunal, se constituyen las siguientes Salas de Verano para funcionar durante el receso:

Del 1ro. de julio al 15 de agosto de 2001

    Hon. Francisco Rebollo López, Presidente
    Hon. Federico Hernández Denton
    Hon. Jaime B. Fuster Berlingeri

Del 16 de agosto al 30 de septiembre de 2001

    Hon. José A. Andréu García, Presidente
    Hon. Miriam Naveira de Rodón
    Hon. Baltasar Corrada del Río
    Hon. Efraín E. Rivera Pérez

Los Presidentes de Sala quedan facultados para sustituir a los Jueces que no puedan intervenir en algún asunto ante su consideración, y asimismo para convocar al Pleno del Tribunal cuando fuere necesario.

El Tribunal continuará emitiendo y certificando opiniones y sentencias durante este periodo.

Publíquese.

Lo acordó el Tribunal y certifica la Secretaria del Tribunal Supremo.


Isabel Llompart Zeno
Secretaria del Tribunal Supremo